EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* AURELIO DEL VALLE LEÓN, acusado y apelante.

*Número:* 16,623. *Resuelto:* 15 de septiembre de 1961.

*Víctor Alberty Ruiz* abogado del acusado-apelante; *J. B. Fernández Badillo, Procurador General de Puerto Rico,* y *Carlos G. Látimer, Procurador Auxiliar,* abogados de El Pueblo, apelado.

Sala integrada por el Juez Asociado Señor Hernández Matos, como Presidente de Sala, y los Jueces Asociados Señores Blanco Lugo y Dávila.

PER CURIAM: Los hechos de este caso son similares a los de *Pueblo* v. *González Charón,* 83 D.P.R. 450 (1961). Aquí un Agente de Rentas Internas observa cuando el acusado camina por una calle de Santurce con una bolsa de papel conteniendo un envase de cristal. El acusado iba dando medios pasos, casi borracho y cuando vio al agente que iba en un vehículo del gobierno soltó el envase y echó a correr, pero el agente lo alcanzó y volvieron al sitio donde había tirado el mencionado envase. Allí el agente examinó el contenido y encontró que era ron caña y que el envase no tenía adheridos los correspondientes sellos de rentas internas.

El apelante levanta como único error el que el tribunal de instancia declarara sin lugar una moción sobre supresión de evidencia. Sostiene que el registro fue ilegal.

En *Pueblo* v. *González Charón,* supra, resolvimos que en casos como el de autos no entra en juego la garantía constitucional contra allanamiento y registros ilegales, ya que tal garantía no cubre la incautación de evidencia abandonada o arrojada a un campo abierto o a la vía pública.

*Se confirma la sentencia apelada.*